## 53970. CUPP v. THE STATE.

SMITH, Judge.

The appellant was indicted for armed robbery and convicted by a jury of robbery by intimidation. The appeal directs numerous enumerations of error at the admission and sufficiency of the evidence and at the trial court's charge. The record and the briefs reveal no cause to reverse the conviction and no points of law which require elaboration.

*Judgment affirmed. Bell, C. J., and McMurray, J., concur.*

SUBMITTED MAY 23, 1977 — DECIDED SEPTEMBER 7, 1977 — REHEARING DENIED SEPTEMBER 28, 1977.

*Grogan, Jones, Layfield & Swearingen, John C. Swearingen, Jr., Ben B. Phillips,* for appellant.
*E. Mullins Whisnant, District Attorney, Douglas C. Pullen, Assistant District Attorney,* for appellee.